# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **THRASOS, LLC,**<br><br>　　Plaintiff,<br><br>v.<br><br>**VISA U.S.A., INC.,**<br><br>　　Defendant. | **CIVIL ACTION NO. 2:14-cv-864**<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

1. This is an action for patent infringement in which Thrasos, LLC ("Thrasos" or "Plaintiff"), makes the following allegations against Visa U.S.A., Inc. ("Visa" or "Defendant").

## PARTIES

2. Plaintiff is a Texas limited liability company with its principal place of business at 1333 W. McDermott Drive, Suite 200, Allen, Texas 75013. Thrasos's president is Daniel F. Perez.

3. On information and belief, Defendant Visa U.S.A., Inc., is a Delaware corporation with its principal place of business in San Francisco, California, having a mailing address of PO Box 8999, San Francisco, California 94128-8999. Defendant Visa's registered agent in Texas appears to be Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

## JURISDICTION AND VENUE

4. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. Venue is proper in this district under 28 U.S.C. §§ 1391(c) and 1400(b). On information and belief, Defendant has transacted business in this district, and has committed and/or induced acts of patent infringement in this district.

6. On information and belief, Visa is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to its substantial business in this forum, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this Judicial District.

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 7,644,037

7. Plaintiff is the owner by assignment of United States Patent No. 7,644,037 ("the '037 Patent") entitled "Method And System For Transferring Electronic Funds"– including all rights to recover for past and future acts of infringement. The '037 Patent issued on Jan. 5, 2010. A true and correct copy of the '037 Patent is attached as Exhibit A.

8. Upon information and belief, Visa has been and now is directly or through intermediaries is making, made, having made, installing, installed, using, used, importing, imported, providing, provided, supplying, supplied, distributing, distributed, selling, sold, offering and/or offered for sale products, services and/or systems (the "infringing systems") that infringe or, when used by their intended users in the manner intended by Visa, infringe(d) one or more claims of the '037 Patent in the State of Texas, in this judicial district, and elsewhere in the United States. Without limiting or waiving Plaintiff's right to later amend or supplement its Complaint, Visa's infringing systems are advertised and marketed generally by Visa as their "Visa Bill Pay" and "Visa Checkout" systems and/or services. Use of these infringing systems, in their intended manner and as designed and/or programmed, appear to infringe one or more claims of the '037 Patent. Furthermore, Visa acts as service provider to end-users of its Bill Pay and Checkout services – providing the connections and controls necessary to utilize the systems and/or services, and resulting in use of the infringing systems by end-users under the influence and control of Visa. Visa thus directly and indirectly infringes, jointly infringes, contributes to

and/or induces infringement of one or more claims of the '037 Patent. Defendant Visa is thus liable for infringement of the '037 Patent pursuant to 35 U.S.C. § 271(a), (b) & (c).

## COUNT II
## INFRINGEMENT OF U.S. PATENT NO. 8,032,457

9. Plaintiff is the owner by assignment of United States Patent No. 8,032,457 ("the '457 Patent") entitled "Method And System For Transferring Electronic Funds"– including all rights to recover for past and future acts of infringement. The '457 Patent issued on Oct. 4, 2011. A true and correct copy of the '457 Patent is attached as Exhibit B.

10. Upon information and belief, Visa has been and now is directly or through intermediaries is making, made, having made, installing, installed, using, used, importing, imported, providing, provided, supplying, supplied, distributing, distributed, selling, sold, offering and/or offered for sale products, services and/or systems (the "infringing systems") that infringe or, when used by their intended users in the manner intended by Visa, infringe(d) one or more claims of the '457 Patent in the State of Texas, in this judicial district, and elsewhere in the United States. Without limiting or waiving Plaintiff's right to later amend or supplement its Complaint, Visa's infringing systems are advertised and marketed generally by Visa as their "Visa Bill Pay" and "Visa Checkout" systems and/or services. Use of these infringing systems, in their intended manner and as designed and/or programmed, appear to infringe one or more claims of the '457 Patent. Furthermore, Visa acts as service provider to end-users of its Bill Pay and Checkout services – providing the connections and controls necessary to utilize the systems and/or services, and resulting in use of the infringing systems by end-users under the influence and control of Visa. Visa thus directly and indirectly infringes, jointly infringes, contributes to and/or induces infringement of one or more claims of the '457 Patent. Defendant Visa is thus liable for infringement of the '457 Patent pursuant to 35 U.S.C. § 271(a), (b) & (c).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter:

1. A judgment in favor of Plaintiff that Defendant has infringed, directly, jointly, and/or indirectly, by way of inducing and/or contributing to the infringement of the '037 and '457 Patents;

2.  A permanent injunction enjoining Defendant and its officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert therewith from infringement, inducing the infringement of, or contributing to the infringement of the '037 and '457 Patents;

3.  A judgment and order requiring Defendant to pay Plaintiff its damages, costs, expenses, and prejudgment and post-judgment interest for Defendant's infringement of the '037 and '457 Patents as provided under 35 U.S.C. § 284;

4.  An award to Plaintiff for enhanced damages resulting from the knowing and deliberate nature of Defendant's prohibited conduct with notice made at least as early as the service date of this Complaint, as provided under 35 U.S.C. § 284;

5.  A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Plaintiff its reasonable attorneys' fees; and

6.  Any and all other relief to which Plaintiff may show itself to be entitled.

## DEMAND FOR JURY TRIAL

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

August 22, 2014

Respectfully Submitted,

**THRASOS, LLC**

By: /s/ Ronald W. Burns
Ronald W. Burns
Texas State Bar No. 24031903
Ronald W. Burns, Esq.
15139 Woodbluff Drive
Frisco, Texas 75035
Phone: 972-632-9009
rburns@burnsiplaw.com

**ATTORNEY FOR PLAINTIFF**
**THRASOS, LLC**